## UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NICOLE ROMEO,                          :
     Plaintiff                    :     CIVIL ACTION NO. 3:16-CV-2413
                                       :     (Judge Nealon)

     v.                           :

                                         :

ABILITY RECOVERY SERVICES, :
LLC d/b/a CORPORATION           :
SERVICES COMPANY,               :
     Defendant                    :

**FILED
SCRANTON**

JAN 2 0 2017

PER _____
DEPUTY CLERK

### ORDER

**AND NOW, THIS 20TH DAY OF JANUARY, 2017,** upon consideration

of Plaintiff's concurred in motion to enter and satisfy judgment, which indicates

that "[t]he parties have agreed upon the amount to be paid for the actual damages,

reasonable attorney's fees and costs" and "Defendant has paid that entire amount,

and has also paid the underlying offer amount of $1,000.00," (Doc. 7), **IT IS**

**HEREBY ORDERED THAT:**

1.     Plaintiff's motion to enter and satisfy judgment, (Doc. 7), is **GRANTED**.

2.     The Clerk of Court is directed to **ENTER JUDGMENT** in Plaintiff's favor for $1,000.00 and immediately mark the judgment as satisfied.

3.     The Clerk of Court is directed to **CLOSE** this case.

_____
**United States District Judge**