IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICOLE ROMEO,** | : | No.  3:16-cv-2413 |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ABILITY RECOVERY SERVICES, LLC** | : | |
| **d/b/a CORPORATION SERVICES** | : | |
| **COMPANY,** | : | |
| **Defendants** | : | |
| | : | |

## **JUDGMENT**

   Judgment is hereby entered IN FAVOR of Plaintiff Nicole Romeo and AGAINST Defendant Ability Recovery Services, LLC d/b/a Corporation Services Company and is SATISFIED;

**Dated:  January 20, 2017**             **Peter J. Welsh**

                                                                Acting Clerk of Court

                                                                by s/ Ed Petroski Deputy Clerk